**BESKO OUTDOOR MEDIA**

v.

**PENNDOT**

316 MD 2017

Commonwealth Court of Pennsylvania.

10/19/2017

Department of Transportation, 145 A.D. 2015

Preliminary Objections Sustained

**VITAL SUPPORT HOME HEALTH**

v.

**UCBR**

1598 CD 2016

Commonwealth Court of Pennsylvania.

10/20/2017

Unemployment Compensation Board of Review, B-591964

Reversed

**PARKS SUPERIOR SALES**

v.

**BPOA (Bd. of Motor Veh)**

914 CD 2016

Commonwealth Court of Pennsylvania.

10/20/2017

Bureau of Professional and Occupational Affairs, 0280–60–15

Reversed

**BITTER SWEET PROPERTIES**

v.

**The CITY OF FARRELL**

1640 CD 2016

Commonwealth Court of Pennsylvania.

10/20/2017

Mercer County Civil Division, No. 2015–1443

Affirmed/Vacated/Remanded